# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBER ERNESTO MARTINEZ
GUZMAN,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
CONNIE J. STEINHEIMER, DISTRICT
JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82342

**FILED**

JUN 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order setting a deadline for an NRS 174.098 motion that is more than 10 days before the scheduled trial date. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction at this time. *See* NRS 34.160; NRS 34.170; *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that issuance of a writ of mandamus is within this court's discretion). Petitioner's argument is premature because he has not filed an NRS 174.098 motion and the district court has not declined to consider any such motion based on the failure to comply with a deadline. *Cf. Jones v. Nev. Comm'n on Jud. Discipline*, 130 Nev. 99, 107-10, 318 P.3d 1078, 1083-85 (2014) (denying an original writ of mandamus challenging timing concerns and procedural violations as premature where a formal hearing had not taken place and an appeal could be taken).

21-16391

Additionally, arguments challenging the deadline have not been adequately presented to or considered by the district court in the first instance. *See Archon Corp. v. Eighth Judicial Dist. Court*, 133 Nev. 816, 822, 407 P.3d 702, 708 (2017) ("[I]n the context of extraordinary writ relief, consideration of legal arguments not properly presented to and resolved by the district court will almost never be appropriate."). Accordingly, we deny the petition without prejudice.

It is so ORDERED.[1]

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

_____, J.
Pickering

_____, J.
Herndon

---

[1]We lift the stay previously imposed by this court.

CADISH, J., dissenting:

I dissent. I would entertain the petition.

_____, J.
Cadish

cc:    Hon. Connie J. Steinheimer, District Judge
       Washoe County Public Defender
       Attorney General/Carson City
       Washoe County District Attorney
       Douglas County District Attorney/Minden
       Washoe District Court Clerk